**DICKINSON WRIGHT PLLC**
JUSTIN J. BUSTOS
Nevada Bar No. 10320
BROOKS T. WESTERGARD
Nevada Bar No. 14300
100 W. Liberty St., Ste. 940
Reno, NV 89501
775-343-7500
844-670-6009
Email: jbustos@dickinsonwright.com
Email: bwestergard@dickinsonwright.com

*Attorneys for Nevada State Board of Nursing*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM SABATINI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NEVADA STATE BOARD OF NURSING,<br><br>　　　　　Defendant. | Case No. 2:22-cv-00219-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

　　　Plaintiff William Sabatini, appearing *pro se*, and Defendant Nevada State Board of Nursing, through its counsel Dickinson Wright PLLC, stipulate to an extension of time for which Defendant may file its response to the Complaint in this case (ECF No. 1). Defendant has recently retained Dickinson Wright PLLC to act as its counsel in this matter, and the parties agree that Defendant should be granted an extension to respond to Plaintiff's Complaint so that it may properly evaluate the Complaint (ECF No. 1) and the allegations contained therein. As such, the



parties have agreed to allow Defendant up to and including **Friday, June 3, 2022**, in which to file its response.

     This is the first request for an extension of time for Defendant to respond to the Complaint (ECF No. 1.) This request is brought in good faith and not for the purpose of delay.

**IT IS SO AGREED AND STIPULATED:**

DATED this 12th day of May, 2022.    DATED this 11th day of May, 2022.

**DICKINSON WRIGHT PLLC**

/s/ *Justin J. Bustos*
_____    _____
JUSTIN J. BUSTOS    WILLIAM L. SABATINI
Nevada Bar No. 10320    71 Ginger Lilly Terrace
BROOKS T. WESTERGARD    Henderson, NV 89074
Nevada Bar No. 14300    561-703-1003
100 W. Liberty St., Ste. 940    Email: willsabatini@gmail.com
Reno, NV 89501
775-343-7500    *Pro Se*
844-670-6009
Email: jbustos@dickinsonwright.com
Email: bwestergard@dickinsonwright.com

*Attorneys for Nevada State Board of Nursing*



the parties have agreed to allow Defendant up to and including **Friday, June 3, 2022**, in which to file its response.

This is the first request for an extension of time for Defendant to respond to the Complaint (ECF No. 1.) This request is brought in good faith and not for the purpose of delay.

**IT IS SO AGREED AND STIPULATED:**

DATED this 11th day of May, 2022.   DATED this 11th day of May, 2022.

DICKINSON WRIGHT PLLC

/s/ _____   /s/ William Sabatini 5/12/2022
JUSTIN J. BUSTOS        WILLIAM L. SABATINI
Nevada Bar No. 10320      71 Ginger Lilly Terrace
BROOKS T. WESTERGARD     Henderson, NV 89074
Nevada Bar No. 14300      561-703-1003
100 W. Liberty St., Ste. 940   Email: willsabatini@gmail.com
Reno, NV 89501
775-343-7500          *Pro Se*
844-670-6009
Email: jbustos@dickinsonwright.com
Email: bwestergard@dickinsonwright.com

*Attorneys for Nevada State Board of Nursing*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED:  5-13-2022

