# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

WILLIAM SABATINI,

    Plaintiff(s),

v.

NEVADA STATE BOARD OF NURSING,

    Defendant(s).

2:22-cv-00219-GMN-VCF

**ORDER**

Before me are the motion for entry of Clerk's default (ECF No. 12) and motion for entry of default final judgment (ECF No. 13).

The return on the Summons was filed on April 27, 2022, and the parties stipulated to filing a response to the complaint. (ECF Nos. 15, 16, and 18).

Accordingly,

I ORDER that the motion for entry of Clerk's default (ECF No. 12) and motion for entry of default final judgment (ECF No. 13) are DENIED as MOOT.

DATED this 24th day of May 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE