**DICKINSON WRIGHT PLLC**
JUSTIN J. BUSTOS
Nevada Bar No. 10320
BROOKS T. WESTERGARD
Nevada Bar No. 14300
100 W. Liberty St., Ste. 940
Reno, NV 89501
775.343.7500
844.670.6009
Email: jbustos@dickinsonwright.com
Email: bwestergard@dickinsonwright.com

*Attorneys for Nevada State Board of Nursing*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM SABATINI,<br><br>                         Plaintiff,<br><br>vs.<br><br>NEVADA     STATE     BOARD     OF<br>NURSING,<br><br>                         Defendant. | Case No. 2:22-cv-00219-GMN-VCF<br><br><br>**STIPULATED DISCOVERY PLAN<br>AND [PROPOSED] SCHEDULING<br>ORDER**<br><br>**SUBMITTED IN COMPLIANCE<br>WITH LR 26-1(b)** |

Defendant Nevada State Board of Nursing (the "Nursing Board"), by and through its counsel of record, Dickinson Wright PLLC, and Plaintiff William Sabatini, appearing *pro se*, submit this Stipulated Discovery Plan and [Proposed] Scheduling Order.

1.      **Rule 26(f) Conference.** On Friday, July 8, 2022, the parties held a Rule 26(f) conference via Zoom. Justin J. Bustos appeared on behalf of the Nursing Board. William Sabatini appeared on behalf of himself.

2.      **Rule 26(f) Report.** During the Rule 26(f) Conference, the parties discussed the following items required by Fed. R. Civ. P. 26(f)(3).

///

1

a.      What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made?

The parties agree that the deadline to exchange initial disclosures under Fed. R. Civ. P. 26(a)(1)(C) should be modified. Specifically, the parties agree that initial disclosures should be exchanged fourteen (14) days after the Court rules on the Nursing Board's pending Motion to Dismiss (ECF No. 20).

b.      The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues?

The parties agree that discovery may be conducted on all issues and allegations set forth in the parties' pleadings. The parties do not believe that discovery should be conducted in phases or limited to or focused on any particular issues at this time. The parties do not believe that discovery will be extensive.

c.      Any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced?

The parties do not anticipate any issues with the disclosure, discovery, or preservation of electronically stored information. The parties anticipate that documents will be produced in PDF format.

d.      Any issues about claims of privilege or of protection as trial-preparation materials, including -- if the parties agree on a procedure to assert these claims after production -- whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502?

The parties do not anticipate any issues concerning claims of privilege or of protection of trial preparation materials.

e.      What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed?

2

None.

        f.     <u>Any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c)</u>?

None.

**3.    <u>Proposed Discovery Plan</u>:**

The parties agree that discovery should be stayed pending a decision on the Nursing Board's Motion to Dismiss (ECF No. 20). The parties agree to submit a proposed discovery plan with fourteen (14) days of any order denying the Motion to Dismiss (ECF No. 20) in whole or in part.

**4.    <u>Certifications</u>:**

The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation. *See* LR 26-1(b)(7).

The parties certify that they have considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). *See* LR 26-1(b)(8).

///

///

///

///

///

///

///

///

///

///

///

3

1    *///*

2    **5.**    <u>**Jury Trial**</u>

3       No jury demand has been filed in this case.

4    DATED this 15th day of July, 2022.      DATED this 15th day of July, 2022.

5    **DICKINSON WRIGHT PLLC**

6    */s/ Justin J. Bustos*

7    JUSTIN J. BUSTOS                    WILLIAM L. SABATINI
      Nevada Bar No. 10320                71 Ginger Lilly Terrace

8    BROOKS T. WESTERGARD         Henderson, NV 89074
      Nevada Bar No. 14300                561-703-1003

9    100 W. Liberty St., Ste. 940         Email: willsabatini@gmail.com
      Reno, NV 89501

10   775-343-7500                     *Pro Se*

11   844-670-6009
     Email: jbustos@dickinsonwright.com

12   Email: bwestergard@dickinsonwright.com

13   *Attorneys for Nevada State Board of Nursing*

14

15                               **IT IS SO ORDERED:**

16

17                               United States Magistrate Judge

18                               DATED:

19

20

21

22

23

24

25

26

27

28

///

5.    **Jury Trial**

No jury demand has been filed in this case.

DATED this __ day of July, 2022.          DATED this 15ᵗʰ day of July, 2022.

**DICKINSON WRIGHT PLLC**

/s/_____          _William Sabatini_____

JUSTIN J. BUSTOS                                    WILLIAM L. SABATINI
Nevada Bar No. 10320                              71 Ginger Lilly Terrace
BROOKS T. WESTERGARD                      Henderson, NV 89074
Nevada Bar No. 14300                              561-703-1003
100 W. Liberty St., Ste. 940                     Email: willsabatini@gmail.com
Reno, NV 89501
775-343-7500                                            *Pro Se*
844-670-6009
Email: jbustos@dickinsonwright.com
Email: bwestergard@dickinsonwright.com

*Attorneys for Nevada State Board of Nursing*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: 7-18-2022


IT IS HEREBY ORDERED that a video status conference hearing is SCHEDULED for 10:00 AM, January 18, 2023.
IT IS FURTHER ORDERED that counsel/the parties must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, January 17, 2023.

4

## CERTIFICATE OF SERVICE

I certify that I am an employee of DICKINSON WRIGHT LLP and that on the 15th day of July, 2022, I electronically filed the **STIPULATED DISCOVERY PLAN AND [PROPOSED] SCHEDULING ORDER** with the Clerk of the Court by using the ECF system.

I further certify that the following individual was served electronically through the Court's ECF System:

William L Sabatini
71 Ginger Lilly Terrace
Henderson, NV 89074
561-703-1003
Email: willsabatini@gmail.com

*PRO SE*

/s/:*Laura P. Browning*
An Employee of Dickinson Wright PLLC

4863-5084-2664 v2 [94969-2]