# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| WILLIAM L SABATINI., | |
| Plaintiff, | 2:22-cv-00219-GMN-VCF |
| vs. | **ORDER** |
| NEVADA STATE BOARD OF NURSING, *et al*, | Sealed Letter [ECF No. 69] |
| Defendants. | |

On January 30, 2028, Plaintiff William L. Sabatini filed a letter under seal on the docket. ECF No. 69.

Local Rule IA 7-1(b) provides:

> Except a provided in subsection (a) an attorney or pro se party may not send case related correspondence, such as letters, emails or facsimiles, to the court. All communications with the court must be styled as a motion, stipulation or notice, and must be filed in the court's docket and served on all other attorneys or pro se parties. The court may strike any case-related correspondence filed in the court's docket that is not styled as a motion, stipulation or notice.

Local Rule IA 7-2(b) provides:

> Neither party nor an attorney for any party may make an *ex parte* communication except as specifically permitted by court order of the Federal Rules of Civil Procedure. An *ex parte* motion or application must articulate the rule that permits *ex parte* filing and why it is filed on an *ex parte* basis.

A letter filed under seal is an *ex parte* communication as defined in Local Rule IA 7-2(a). It is an attempt to communicate with a judge when the opposing party is not present or copied.

Plaintiff's filing of ECF No. 69 violates LR IA 7-1(b) as the letter does not comply with the exception stated in LR IA 7-1(a), and it is not styled as a motion, stipulation or notice. This filing also violates LR IA 7-2(b) as it is an improper *ex parte* communication.

Accordingly,

I ORDER the Sealed Letter from Plaintiff William Sabatini [ECF No. 69] STRICKEN.

IT IS SO ORDERED.

DATED this 31st day of January 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE