**DICKINSON WRIGHT PLLC**
JUSTIN J. BUSTOS
Nevada Bar No. 10320
BROOKS T. WESTERGARD
Nevada Bar No. 14300
100 W. Liberty St., Ste. 940
Reno, NV 89501
775-343-7500
844-670-6009
Email: jbustos@dickinsonwright.com
Email: bwestergard@dickinsonwright.com

*Attorneys for Nevada State Board of Nursing*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM SABATINI,<br><br>    Plaintiff,<br><br>vs.<br><br>NEVADA STATE BOARD OF NURSING,<br><br>    Defendant. | Case No. 2:22-cv-00219-GMN-VCF<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANT NEVADA STATE BOARD OF NURSING'S MOTION FOR ATTORNEYS FEES AND COSTS (ECF NO. 79)**<br><br>**(First Request)** |

Defendant Nevada State Board of Nursing (the "Nursing Board"), through its counsel Dickinson Wright PLLC, and Plaintiff William Sabatini, appearing *pro se*, stipulate and agree as follows:

1. On August 17, 2023, the Nursing Board fileD its Motion for Attorneys Fees and Costs (ECF No. 79).



1

2. On August 22, 2023, Mr. Sabatini filed his Motion for Extension of Time to Reply to Defendants Motion for Attorney's Fees (ECF No. 80). In this Motion, Mr. Sabatini requests an extension to September 22, 2023, to respond to the Motion for Attorneys' Fees and Costs.

3. The parties have conferred and agree upon the following briefing schedule:

    a. Mr. Sabatini's response shall be due on or before September 22, 2023;

    b. The Nursing Board's reply shall be due on or before October 6, 2023.

4. In light of the parties' stipulation, Mr. Sabatini agrees to withdraw his Motion for Extension of Time to Reply to Defendants Motion for Attorney's Fees (ECF No. 80).

5. This stipulation is made in good faith to allow the parties adequate time to fully brief the issues raised in the Nursing Board's Motion for Attorneys' Fees and Costs and not for the purpose of delay.

**IT IS SO AGREED AND STIPULATED:**

DATED this 25 day of August, 2023.    DATED this 25th day of August, 2023.

DICKINSON WRIGHT PLLC

/s/ Justin J. Bustos
JUSTIN J. BUSTOS
Nevada Bar No. 10320
BROOKS T. WESTERGARD
Nevada Bar No. 14300
100 W. Liberty St., Ste. 940
Reno, NV 89501
775-343-7500
844-670-6009
Email: jbustos@dickinsonwright.com
Email: bwestergard@dickinsonwright.com

*Attorneys for Nevada State Board of Nursing*

WILLIAM L. SABATINI
71 Ginger Lilly Terrace
Henderson, NV 89074
561-703-1003

Email: willsabatini@gmail.com

*Pro Se*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 29, 2023

2